IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 JUL 10  AM 7:47
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____DEPUTY

| | | |
|---|---|---|
| RACHEL CRAWFORD, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-09-CA-0649-LY |
| | § | |
| SAN MARCOS CISD, | § | |
| DEFENDANT. | § | |

### FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this date by separate order the court dismissed this action with prejudice, with the each party to bear its own costs and attorney's fees. Accordingly, as nothing remains for the court to resolve in this action, the court renders the following final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that this action is hereby **CLOSED**.

SIGNED this _9th_ day of July, 2012.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE